29

January 3, 2006

Judge John Facciola
U.S. District Court
for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Honorable Judge John Facciola,

On December 21, 2005, you found my co-defendants and me guilty of "demonstrating without a permit," after being arrested on the White House sidewalk on September 26. I am writing to request that I serve jail time instead of the $50 fine and $25 processing fee. To pay this citation, in my opinion, trivializes our actions to stop the wars being waged in our name. I do not want to do community service, because as Don Muller said in his statement, we feel that our actions on September 26 were the highest form of community service. I do not want to risk having a warrant, because I live with my elderly parents, and I do not want to suddenly disappear and leave them with no one to care for them in my absence. Please sentence me to jail so I can plan ahead for my mother and father. Thank you for your kind consideration!

Looking forward to your reply,

Lynn Robinson

Lynn Robinson
defendant pro se