January 9, 2006

Memorandum to Mike Harvey, Esq.
Assistant United States Attorney
Fax number

    I will deem these filed and would ask for a written response to them by the United States by January 19, 2006.

                                        */s/ John M. Facciola*
                                        John M. Facciola
                                        United States Magistrate Judge