Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. _Pr0571336_
)
_MAX OBUSZEWSKI ET AL._ )

## NOTICE OF APPEAL

Name and address of appellant:

_Lynn Maxine Robinson_
_Road_
_21229_

Name and address of appellant's attorney:

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

  I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_December 21, 2005_      _Lynn Maxine Robinson_
DATE                                        APPELLANT

                                           ATTORNEY FOR APPELLANT

| | | YES | NO |
|---|---|---|---|
| GOVT. APPEAL, NO FEE | ☐ | | |
| CJA, NO FEE | ☐ | | |
| PAID USDC FEE | ☐ | | |
| PAID USCA FEE | ☐ | | |
| Does counsel wish to appear on appeal? | | ☐ | ☐ |
| Has counsel ordered transcripts? | | ☐ | ☐ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ☐ | ☐ |

**RECEIVED**
**DEC 2 9 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Pd Fee $32.00_