UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

          Mag. No. 06-mj-00006-JMF-67

v.

LYNN ROBINSON
_____/

**ORDER**

Upon consideration of the defendant's January 3, 2006 request that she be sentence to a period of incarceration in lieu of paying the $75 fine that the Court imposed at sentencing in this matter on December 21, 2005, the Government's response thereto, and the entire record herein, it is this \_\_\_\_\_ day of January, 2006, hereby

**ORDERED** that the defendant's request for that she be sentenced to a period of incarceration is _____.

_____
United States Magistrate Judge

Serve:

AUSA G. Michael Harvey
555 Fourth Street, NW, Room 4243
Washington, DC 20530

Lynn Robinson
406 Westgate Road
Baltimore, MD 21229

Mark Goldstone, Esq.
Standby Attorney-Advisor for *Pro Se* Defendants
9419 Spruce Tree Circle
Bethesda, MD 20814