UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

             Mag. No. 06-mj-00006-JMF-67

v.

LYNN ROBINSON
_____/

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION THAT SHE BE SENTENCED TO JAIL TIME**

  The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully responds to Lynn Robinson's January 3, 2006 letter to the Court, which the Government interprets as request that she be re-sentenced to jail time rather than have to pay a $75 fine as ordered by the Court, and states further as follows:

  Prior to trial in this matter, the Government waived its right to request incarceration for any of the September 26, 2005 demonstrators if they were convicted.  Accordingly, the Government takes no position on the defendant's request that she be sentenced to incarceration in lieu of paying the $75 fine that the Court imposed on December 21, 2005.[1]  The Government reserves the right to request incarceration, or some other sanction, in any proceedings that may arise out of Ms. Robinson's, or any other defendants', failure to pay the fine imposed by the Court within the 30 days allotted by the Court.

---

[1] The Government would note, however, that this Court accepted the Government's waiver of incarceration and agreed that it would not sentence any of the defendants to incarceration if they were convicted.  As this Court is aware, this Court's determination has Sixth Amendment and due process implications.  See F.R.Cr. Proc. 58(a)(2) & 58(b)(2).

Respectfully submitted,

Kenneth L. Wainstein
UNITED STATES ATTORNEY

_____
G. Michael Harvey
ASSISTANT UNITED STATES ATTORNEY
Bar No.447-465
Federal Major Crimes Section
555 4th Street, N.W., Room 4243
Washington, D.C.  20530
202/305-2195

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was served by U.S. mail upon the pro se defendant, Lynn Robinson, 406 Westgate Road, Baltimore, MD 21229 this ___ day of January, 2006.

_____
ASSISTANT UNITED STATES ATTORNEY