UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v.  ) Case No. 06-MJ-00006 (TFH/JMF)
)
Lynn Maxine Robinson )

**FILED**

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLANT'S BRIEF

I respectfully move this Court for a ninety (90) day extension of time, within which to file my pro se brief in this case. In support of this Motion I state the following:

My brief in support of my appeal is due May 31, 2006.

I, the undersigned Appellant represented myself, pro se, at my trial before Magistrate Judge Facciola on December 21, 2005. I am unable to meet the May 31, 2006 briefing schedule since four other defendants, Gary Ashbeck, Lynn Robinson, Paul Martin and Eve Tetaz, charged with the same offense were acquitted by Magistrate Judge Robinson of the same charge on April 19, 2006. Because of the results of their trial, I am requesting an extension due to insufficient time in which to prepare a proper defense based on the results of the April 19, 2006.

I also request an extension because I will require additional time in which to obtain guidance and assistance from an attorney advisor and others in preparing my brief.

This is the first briefing schedule in this case as the matter was heard on December 21, 2006.

WHEREFORE, appellant respectfully requests that this Motion be granted and this Court allow a ninety (90) day extension of time within which all defendants who have filed a notice of appeal from the December 21, 2005 trial, may file a Brief in this case. Alternatively, appellant respectfully requests this motion be granted and that this Court allow a ninety (90) day extension of time, within which I may file my brief in this case.

Respectfully submitted,

*Lynn Maxine Robinson*

Lynn Maxine Robinson

CERTIFICATE OF SERVICE: I hereby certify that the above Motion was delivered to Michael Hayden at the office of the United States Attorney at 555 Fourth St., NW, Washington, D.C. 20001 on this 30th day of May 2006.  *Lynn Maxine Robinson*

Lynn Maxine Robinson

**RECEIVED**

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT