Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
           )        MJ
   vs.     )    ~~Criminal~~ No. __06-MJ-0006__ (JMF/
           )                                    TFH)
_____ )

## NOTICE OF APPEAL

Name and address of appellant: _Lynn Maxine Robinson_

**FILED**

JAN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant's attorney: _Pro Se_

Offense: _Demonstrating w/o a Permit_

Concise statement of judgment or order, giving date, and any sentence:
_Convicted 12-21-05  $75 fine_
_Appealed - conviction upheld by Judge Thomas Hogan_
_1-3-07_

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_11 January 2007_                    _Lynn Maxine Robinson_
DATE                                 APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   ☐
CJA, NO FEE            ☐
PAID USDC FEE          ☐
PAID USCA FEE          ☐

Does counsel wish to appear on appeal?            YES ☐   NO ☐
Has counsel ordered transcripts?                  YES ☐   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ☐   NO ☐