1/16/07
_____
DATE

TO: Clerk, U.S. Court of Appeals
Re: Criminal/Civil/Miscellaneous   No. 06-L-67M   TITLE: USA v. Lynn Maxine Robinson

USCA No. 07-3011

APPEAL FILED BY: Defendant
_____
Party(ies)

1. (X) Attached are copies of the notice of appeal and docket entries in the above captioned case pursuant to Rule 3(d), Fed.R.App.P.

2. ( ) The Court of Appeals docketing fee was paid on _____.

3. (X) The Court of Appeals docketing fee was not paid because:
(check one)

   _____ Appeal by the Government
   __✓__ In Forma Pauperis
         The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been filed.
   _____ This case was proceeding on a paid basis in the District Court but a motion to proceed In Forma Pauperis was filed and is now pending; another notice will be transmitted when the judge issues a ruling.
   _____ No fee required pursuant to Rule 4(a)(4), Fed.R.App.P. The fee was previously paid in USCA No. _____.

4. ( ) In Forma Pauperis motion or request was GRANTED. (See attached)

5. ( ) In Forma Pauperis motion was DENIED or In Forma Pauperis status was REVOKED. (See attached)

6. ( ) Transcript was ordered. (See attached)

7. ( ) Expedition of this case is requested by District Court Judge. (See attached.

8. ( ) Motion to dismiss appeal. (Attached)

9. (X) Other  Docketing Statement NOT included.

FILED
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk, U.S. District Court
By _____
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
JAN 2 2 2007
CLERK

USCA Form D
USDC CO-940
Rev 8/94