# United States Court of Appeals
### For The District Of Columbia Circuit

APR 10 2007
RECEIVED

USCA No. 07-3010
Consolidated case 07-3011

USDC 06MJ0006
**FILED**
APR 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR WAIVER OF FEES

I, Lynn Maxine Robinson, declare that because of my poverty I am unable to prepay the costs of retrieval and photocopying the requested documents in the above case. My affidavit is attached.

I believe I am entitled to these documents because:

*(Provide a statement of the reasons you wish to present to the Court. You may continue on the other side of this sheet if necessary.)*

I need these documents in order to prepare my brief to appeal Chief Judge Hogan's decision to uphold my conviction by Magistrate Judge Facciola of demonstrating without a permit on September 26, 2005. I request the transcripts for case # 06-MJ-0006 from September 15, 2006, and case # 05-MJ-0649 from August 28, 2006. Thank you for your consideration of my request.

Signature: Lynn Maxine Robinson
Name of Requester (Print): Lynn Maxine Robinson
Address: ___

**Submit original to:**
Clerk
U.S. Court of Appeals for the D.C. Circuit
U.S. Courthouse, Room 5423
Washington, D.C. 20001

USCA Form 53b

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

## AFFIDAVIT IN SUPPORT OF MOTION TO WAIVE FEES

I swear (affirm) that the responses which I make below to the questions concerning my ability to pay the costs as stated in the motion are true.

1. Are you presently employed?    • Yes    •(No)

    a. If the answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "no", state the date of your last employment and the amount of the salary and wages per month which you received. *Last employment was 2002 - wages were $1450.68 for that year. Baltimore County Public Schools, 6901 Charles Street, Towson, MD 21204*

2. Have your received within the past twelve months any income or property from any of the following sources?

    a. Business, profession or other form of self-employment?    • Yes • (No)
    b. Rent payments, interest, or dividends?    • Yes • (No)
    c. Pensions, annuities or life insurance policies?    • Yes • (No)
    d. Gifts or inheritances?    (Yes) • No
    e. Any other sources?    • Yes • (No)

    If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

    gifts { $150 for house + dog sitting
    $150 for babysitting
    $56 for birthday gift

USCA Form 53b

3. Do you own any cash or checking or savings accounts (including joint accounts)?  • (Yes)  No

   a. If the answer is "yes", state the total value of the items owned. $ _5,719.38_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  • Yes  •(No)

   a. If the answer is "yes", describe the property and state its approximate value.

5. List any persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the forgoing is true and correct.

Signature of Applicant _Lynn Maxine Robinson_
Name of Requester (Print) _Lynn Maxine Robinson_
Address _____

Executed on (date) _April 9, 2007_

USCA Form 53b